NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HUBBELL INCORPORATED,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**LEVITON MANUFACTURING COMPANY, INC.,**
*Intervenor.*

---

2012-1620

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-739.

---

ON MOTION

---

## ORDER

Upon consideration of Leviton Manufacturing Company, Inc.'s unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

SEP 1 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David Hollander, Jr., Esq.
Clark S. Cheney, Esq.
Larry L. Shatzer, III, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 1 2012

JAN HORBALY
CLERK